# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

## No. 201700015

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## SEAN P. VLASAK
Private First Class (E-2), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Michael D. Zimmerman, USMC.
Convening Authority: Commanding General, 3d Marine Aircraft Wing,
Marine Corps Air Station Miramar, San Diego, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Wilbur E.
Lee, USMC.
For Appellant: Commander Christopher E. Roper, JAGC, USN.
For Appellee: Brian Keller, Esquire

———————————

Decided 9 May 2017

———————————

Before MARKS, JONES, and MILLER, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court